**E-filed 1/12/06**

1  ROBERT P. FELDMAN, State Bar No. 69602
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   E-Mail: rfeldman@wsgr.com
5
   Attorneys for Defendant-Counterclaimant TOWNSHEND
6  INTELLECTUAL PROPERTY, L.L.C., and Defendant BRENT
   TOWNSHEND
7
   JAMES POOLEY, State Bar No. 58041
8  MILBANK TWEED HADLEY & McCLOY, LLP
   5 Palo Alto Square, 7th Floor
9  Palo Alto, CA 94306
   Telephone: 650-739-7000
10 Facsimile: 650-739-7100

11 Attorneys for Plaintiff and Counterdefendant
   ESS TECHNOLOGY, INC.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16
   IN RE TOWNSHEND PATENT LITIGATION          )
17                                             )
                                               )
18 This document relates to:                   )   Master File Number: C-02-4833-JF
                                               )   (PVT)
19 ESS TECHNOLOGY, INC., a California         )
   corporation,                                )   This document relates to: No. C-01-
20                                             )   1300-JF (PVT)
              Plaintiff,                       )
21       v.                                    )   **STIPULATION OF DISMISSAL
                                               )   WITH PREJUDICE BY AND
22 BRENT TOWNSHEND, an individual, and        )   BETWEEN TOWNSHEND
   TOWNSHEND INTELLECTUAL PROPERTY,           )   INTELLECTUAL PROPERTY
23 L.L.C., a California L.L.C.,                )   L.L.C., BRENT TOWNSHEND, AND
                                               )   ESS TECHNOLOGY, INC.**
24            Defendants.                      )
                                               )
25                                             )
   AND RELATED COUNTERCLAIMS                  )
26

27

28

STIPULATION OF DISMISSAL                                              2792345_3.DOC
MASTER FILE NO. C-02-4833-JF (PVT); CASE
NO. C-01-1300-JF (PVT)

1     IT IS HEREBY STIPULATED AND AGREED by and between Townshend Intellectual Property, L.L.C., Brent Townshend, and ESS Technology, Inc., through their respective counsel, as follows:

    1.    Pursuant to Fed. R. Civ. P. 41(a), the action *ESS Technology, Inc. v. Townshend*, No. 01-1300-JF (PVT), consolidated for pretrial purposes as *In re Townshend Patent Litigation*, No. CV-02-4833-JF (PVT), including all claims and counterclaims, is hereby DISMISSED with prejudice.

    2.    Each party shall bear its own attorneys' fees and costs.

DATED: January 2, 2006    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

By    /s/   .
    Maura L. Rees

Attorneys for Defendant-Counterclaimant
TOWNSHEND INTELLECTUAL PROPERTY,
L.L.C., and Defendant BRENT TOWNSHEND

DATED: January 2, 2006    MILBANK, TWEED, HADLEY & McCLOY LLP

By    /s/   .
    L. Scott Oliver

Attorneys for Plaintiff and Counterdefendant
ESS TECHNOLOGY, INC.

1 **ORDER**

2  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

3

4

Dated: 1/12/06

5 

                                          Hon. Jeremy Fogel
                                          United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document was obtained from each of the other signatories.

DATED: January 2, 2006              WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation


                                    By      /s/                        .
                                          Maura L. Rees

                                    Attorneys for Defendant-Counterclaimant
                                    TOWNSHEND INTELLECTUAL PROPERTY,
                                    L.L.C., and Defendant BRENT TOWNSHEND